United States District Court
Southern District of Texas
**ENTERED**
May 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SAMUEL L. OUSLEY § | |
| § | |
| *Plaintiff,* § | |
| VS. § | 3:19-CV-101 |
| § | |
| LAURA LYNN RAMIREZ, *et al.*, § | |
| § | |
| *Defendants.* § | |

### ORDER DISMISSING CASE FOR WANT OF PROSECUTION

On March 12, 2021, the parties in this case were notified that trial was set for May 24, 2021. Dkt. 34.

When the case was called, plaintiff failed to appear. Therefore, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the court dismisses this case for want of prosecution without prejudice. *See Boudwin v. Graystone Ins. Co.*, 756 F.2d 399, 401 (5th Cir. 1985).

Signed on Galveston Island on the 24th day of May, 2021.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE